**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Kenneth D. Thompson,

                Plaintiff,

   -against-                       20 **CIVIL** 693 (AJN)

                                         **JUDGMENT**

United States Department of Education,

                Defendant.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 30, 2021, Defendant's motion is GRANTED and all claims are dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

      March 30, 2021

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**
                 **BY:**     *K. Mango*

                                               **Deputy Clerk**